UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.C., a minor, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAN DIEGUITO UNION HIGH SCHOOL DISTRICT, <br><br> Defendant. | Case No.:  3:21-cv-1989-L-DEB <br><br><br> **ORDER UNDER FEDERAL RULE OF CIVIL PROCEDURE 17(c)** |

On November 26, 2021, Plaintiffs initiated this action against their school district. (ECF 1). The Complaint indicated an application for the appointment of guardian ad litem would be filed contemporaneously with it. (*Id*. at 1). There is no application or petition on the docket.

"Courts have a special duty . . . to safeguard the interests of litigants who are minors." *Robidoux v. Rosengren*, 638 F.3d 1177, 1181 (9th Cir. 2011); *Davis v. Walker*, 745 F.3d 1303, 1310 (9th Cir. 2014). Federal Rule of Civil Procedure 17(c) requires a court to appoint guardian ad litem or take "whatever measures it deems proper to protect [a minor] during litigation." *United States v. 30.64 Acres of Land*, 795 F.2d 796, 805 (9th Cir. 1986); Fed. R. Civ. P. 17(c) (a court "must appoint a guardian ad litem—or issue another appropriate order—to protect a minor . . . who is unrepresented in the action.")

///

///

No later than **January 7, 2022**, Plaintiffs must either: (1) file a petition to appoint guardian ad litem, or (2) file a response as to why the petition is not required.

**IT IS SO ORDERED**.

Dated:  December 23, 2021

_____
Hon. M. James Lorenz
United States District Judge