UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.C., a minor,<br><br>                            Plaintiff,<br><br>v.<br><br>SAN DIEGUITO UNION HIGH SCHOOL DISTRICT,<br><br>                            Defendant. | Case No.:  3:21-cv-1989-L-DEB<br><br>**ORDER ON PETITION TO APPOINT GUARDIAN AD LITEM AND MOTION TO SEAL** |

    Pending before the Court is a petition to appoint a guardian ad litem under Federal Rule of Civil Procedure 17 and a motion to seal the unredacted petition.

    "Courts have a special duty . . . to safeguard the interests of litigants who are minors." *Robidoux v. Rosengren*, 638 F.3d 1177, 1181 (9th Cir. 2011); *Davis v. Walker*, 745 F.3d 1303, 1310 (9th Cir. 2014). Federal Rule of Civil Procedure 17(c) requires a court to appoint guardian ad litem or take "whatever measures it deems proper to protect [a minor] during litigation." *United States v. 30.64 Acres of Land*, 795 F.2d 796, 805 (9th Cir. 1986); Fed. R. Civ. P. 17(c) (a court "must appoint a guardian ad litem—or issue another appropriate order—to protect a minor . . . who is unrepresented in the action.")

    A.C., a minor, is a student at the San Dieguito Union High School. This action relates to A.C.'s individualized education program. (ECF 1). A.C.'s mother, the proposed guardian ad litem and the current educational rights holder for A.C., has no adverse interests and is able to prosecute this action on A.C.'s behalf. (ECF 4). For these reasons,

1  the Court **GRANTS** the petition. A.C.'s mother is appointed guardian ad litem for
2  purposes of this action. The Court also **GRANTS** A.C.'s motion to seal the unredacted
3  petition, which contains the minor's name.
4      **IT IS SO ORDERED**.
5  Dated:  January 14, 2022

                                                      Hon. M. James Lorenz
                                                     United States District Judge