1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

11   A.D., a minor,                        Case No.:  3:21cv1989-L(DEB)

12                        Plaintiff,
                                            **ORDER REGARDING PETITION**
13   v.                                     **FOR APPROVAL OF MINOR'S**
                                            **COMPROMISE**
14   SAN DIEGUITO UNION HIGH
     SCHOOL,
15
                         Defendant.
16

17

18         The undersigned Magistrate Judge has been assigned to this case to consider a

19   request for approval of a minor's compromise.  In actions involving minors, such as the

20   instant action, Civil Local Rule 17.1(a) provides that:

21         Order of Judgment Required. No action by or on behalf of a minor or
           incompetent, or in which a minor or incompetent has an interest, will be
22         settled, compromised, voluntarily discontinued, dismissed or terminated
           without court order or judgment. All settlements and compromises must be
23         reviewed by a magistrate judge before any order of approval will issue. The
           parties may, with district judge approval consent to magistrate judge
24         jurisdiction under 28 U.S.C. § 636(c) for entry of an order approving the
           entire settlement or compromise.
25

26

27   / / /

28   / / /

                                              1

Any Petition for Approval of a Minor's Compromise ("Petition") shall be filed ***no later than September 16, 2022***.  The Petition should address:

1. The compromised claims, including a description of plaintiff's injuries, treatment for same, whether such treatment is ongoing and/or expected to continue and for what duration, and the costs associated with such past, ongoing and future treatment;

2. The date of birth of the minor plaintiff;

3. The identity of the petitioner, including the petitioner's relationship to the minor plaintiff and the petitioner's financial stake in the matter, if any;

4. The total value of the settlement, including: (a) the value of the minor's portion of the settlement; (b) the value of the portion of the settlement awarded to adult plaintiffs, if any; and (c) the apportionment of the settlement amount among defendants, if applicable;

5. Plaintiff's counsel's requested fees, both as a dollar amount and as a percentage of the total settlement amount;

6. Any itemized costs to be deducted from the settlement;

7. A description of the settlement structure; and

8. Any other information the parties believe would assist this Court's review of the proposed compromise.

The Court strongly prefers that the Petition be filed as a joint submission by the parties.  If this is not possible, the Petition should include a statement from the defendant indicating whether they oppose the Petition and if so, on what basis.

The parties may move the Court for permission to file the Petition and any supporting documents under seal to protect the privacy of the minor plaintiff and/or to keep the details of the settlement confidential.  The parties should follow the usual policies and procedures for filing documents under seal on CM/ECF.

The parties may consent to the jurisdiction of the undersigned Magistrate Judge for entry of an order approving the entire settlement or compromise.  *See* Civ. L.R. 17.1(a).

Any Joint Motion requesting that the District Court refer this case to the undersigned Magistrate Judge for approval of the minor's compromise must be filed with the District Court ***no later than September 16, 2022***.

    **IT IS SO ORDERED.**

Dated:  August 18, 2022

                    Hon. Karen S. Crawford
                    United States Magistrate Judge

3:21cv1989-L(DEB)